IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BERNADETTE MERRIGAN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 06-5289 |
| v. | : | |
| ARAMARK SERVICES, INC., | : | |
| Defendant. | : | |

**<u>ORDER</u>**

AND NOW, this 18th day of September, 2009, upon consideration of Defendant ARAMARK Services, Inc.'s Motion for Summary Judgment (Doc. No. 14) and Plaintiff's Response in Opposition thereto (Doc. No. 15), it is hereby ORDERED that Defendant's Motion is GRANTED. Accordingly, JUDGMENT IS ENTERED in favor of Defendant and against Plaintiff.

It is FURTHER ORDERED that Petition for Leave to Withdraw (Doc. No. 19) filed by Plaintiff's counsel, Nessa B. Math, Esq., is GRANTED. As her final duties in this matter, Ms. Math shall (1) attempt to contact Plaintiff by telephone to communicate the Court's judgment in this matter; (2) attempt to deliver a copy of this Order and the accompanying Memorandum to Plaintiff via United States mail to Plaintiff's last known address; and (3) file with the Clerk of Court a Statement indicating whether she was able to contact Plaintiff as directed herein.

BY THE COURT:

S/ C. Darnell Jones II
                                 J.